**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

| | | |
|---|---|---|
| ELASTICITY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | (Removal from the Circuit Court of |
| | ) | City of St. Louis, Missouri |
| v. | ) | Case No. 2622-CC01697) |
| | ) | |
| HEALTHCARE SC, LLC d/b/a | ) | |
| HealthCare Consumer Products, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S DESIGNATION OF PLACE OF TRIAL

COMES NOW Defendant, Healthcare SC, LLC d/b/a HealthCare Consumer Products,

("Defendant"), and hereby designates the location for trial in this matter to be the Eastern District

of Missouri, Eastern Division.


MORROW WILLNAUER CHURCH, L.L.C.


By:  */s/ Peggy A. Wilson*
        PEGGY A. WILSON, #47231
8330 Ward Parkway, Suite 300
Kansas City, Missouri 64114
Telephone:    (816) 382-1382
Fax:              (816) 382-1383
Email:          pwilson@mwcattorneys.com

ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned counsel hereby certifies that on the 23rd day of June 2026, a true and accurate copy of the foregoing was filed with the Clerk of the Court via ECF filing system, which will give notice to all counsel of record.

Brett B. Caban
AEGIS LAW
601 South Lindbergh Blvd., 2nd Floor
St. Louis, Missouri 63131
bcaban@aegislaw.com
ATTORNEY FOR PLAINTIFF


*/s/ Peggy A. Wilson*
PEGGY A. WILSON
ATTORNEY FOR DEFENDANT

2