**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

| | | |
|---|---|---|
| ELASTICITY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00995 |
| | ) | |
| HEALTHCARE SC, LLC d/b/a | ) | |
| HealthCare Consumer Products, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Peggy A. Wilson of the law firm of Morrow Willnauer Church, L.L.C., and

hereby enters her appearance as counsel of record for Defendant in the above-referenced matter.

MORROW WILLNAUER CHURCH, L.L.C.

By:  */s/ Peggy A. Wilson*
JAMES C. MORROW, #32658
PEGGY A. WILSON, #47231
8330 Ward Parkway, Suite 300
Kansas City, Missouri 64114
Telephone:    (816) 382-1382
Fax:             (816) 382-1383
Email:          jmorrow@mwcattorneys.com
                   pwilson@mwcattorneys.com

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 24th day of June 2026, a true and accurate copy of the foregoing was filed with the Clerk of the Court via ECF filing system, which will give notice to all counsel of record.

Brett B. Caban
AEGIS LAW
601 South Lindbergh Blvd., 2nd Floor
St. Louis, Missouri 63131
bcaban@aegislaw.com
ATTORNEY FOR PLAINTIFF


*/s/ Peggy A. Wilson*
PEGGY A. WILSON
ATTORNEY FOR DEFENDANT

2